O-7377

**OPINION WITHDRAWN
& NOT REISSUED**